# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>R. MILAM, *et al*.<br><br>    Defendants. | Case No. 1:20-cv-00070-JDP<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION<br><br>ECF No. 4<br><br>RESPONSE DUE BY MARCH 1, 2020 |

Plaintiff's motion for an extension, ECF No. 4, is granted. While plaintiff's motion does not request a specific amount of time, the court will grant him until March 1, 2020, to respond to the findings and recommendations, ECF No. 3.

IT IS SO ORDERED.

Dated:   February 12, 2020                                                                                            
UNITED STATES MAGISTRATE JUDGE

No. 205.