UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>R. MILAM, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-00070-AWI-JDP<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO STATE A CLAIM, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>FORTY-FIVE DAY DEADLINE |

    Plaintiff Richard Evans is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff's complaint was screened on April 6, 2020, and plaintiff was ordered to file a first amended complaint within sixty days. *See* ECF No. 15. However, while plaintiff has filed numerous assorted materials, *see* ECF Nos. 16-25, he is yet to file a first amended complaint.

    To manage our docket effectively, we impose deadlines and require litigants to meet those deadlines. When a plaintiff fails to comply with court-imposed deadlines, the court may dismiss the plaintiff's case for failure to prosecute. *See* Fed. R. Civ. P. 41; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."). Involuntary dismissal is a harsh penalty, but the court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See*

1

1   *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

2   We will give plaintiff the opportunity to explain why the court should not dismiss his case for failure to prosecute and failure to state a claim.  The court observes that one of plaintiff's numerous "notices" mentions a need for more time, *see* ECF No. 21, but that notice appears to have been filed in numerous cases simultaneously and is concerned with needing more time for an appeal issue; it does not refer to the first amended complaint at issue here.

    Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in dismissal of this case.  Accordingly, plaintiff must show cause within forty-five days of the date of entry of this order why the court should not dismiss his case for failure to state a claim and failure to prosecute.

IT IS SO ORDERED.

Dated: __June 15, 2020__                    _____
                                            UNITED STATES MAGISTRATE JUDGE

No. 205.