UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. EVANS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. MILAM, *et al*.<br><br>　　　　　Defendants. | Case No. 1:20-cv-00070-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF<br><br>ECF No. 32 |

Plaintiff's motion for miscellaneous relief, ECF No. 32, is denied. Plaintiff's one-paragraph motion does not give the court a sufficient basis for determining what relief plaintiff seeks and why. In addition, the court notes that a protective order is typically reserved for discovery disputes, *see* Fed. R. Civ. P. § (b)(2)(B), and is thus premature at this early stage of the litigation—in which defendants have not appeared and plaintiff still needs to file an amended complaint per the court's previous orders, *see* ECF Nos. 15, 26, 28.

IT IS SO ORDERED.

Dated:　August 25, 2020　　　　　　　　　　　　　/s/ Jeremy Peterson　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.

1