UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. EVANS, | Case No. 1:20-cv-00070-JDP |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR A CHANGE OF VENUE |
| v. | |
| R. MILAM, *et al*. | ECF No. 35 |
| Defendants. | |

Plaintiff's motion to change the venue of this action to the Northern District of California, ECF No. 35, is denied. Plaintiff makes no argument for why venue would be proper in the Northern District under 28 U.S.C. § 1391 and makes no plausible argument for why convenience or justice require such a transfer under 28 U.S.C. § 1404. Plaintiff's desire to change venue based on his apparent disagreement with prior rulings in this court is insufficient to justify such a move. *See McCoy v. Stronach*, No. 112CV000983AWISABPC, 2019 WL 6894429, at *2 (E.D. Cal. Dec. 18, 2019).

If plaintiff believes the court has simply overlooked his amended complaint, ECF No. 34, that believe is mistaken. The court will screen plaintiff's amended complaint in due course.

1

IT IS SO ORDERED.

Dated: ___September 9, 2020___    _____/s/ Jeremy Peterson_____
                                   UNITED STATES MAGISTRATE JUDGE

No. 205.