# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD A. EVANS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**R. MILAM, et al.,**<br><br>**Defendants.** | **CASE NO. 1:20-cv-00070-AWI-HBK (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR PRELIMINARY INJUNCTION**<br><br>(Doc. Nos. 102 & 125) |

    Plaintiff Richard A. Evans is a state prisoner proceeding pro se who initiated this action by filing a complaint under 42 U.S.C. § 1983.  Doc. No. 1.  The matter was referred to the assigned United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

    On July 16, 2021, the assigned magistrate judge issued findings and recommendations that recommended the denial of Plaintiff's motion for a preliminary injunction.  Doc. Nos. 102 & 125.  The findings and recommendations, which were served on Plaintiff, contained notice that objections were due within fourteen days.  Doc. No. 125 at 1, 5.  After the magistrate judge granted Plaintiff's motions for an enlargement of time to the objection deadline, Plaintiff timely filed objections on August 19, 2021.  Doc. Nos. 132, 135 & 136.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 125) that were issued on July 16, 2021, are ADOPTED in full;
2. Plaintiff's motion for a preliminary injunction (Doc. No. 102) is DENIED; and
3. The case is REFERRED BACK to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   August 24, 2021

SENIOR DISTRICT JUDGE