# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD A. EVANS,**<br><br>              **Plaintiff,**<br><br>      v.<br><br>**R. MILLAM, et al.,**<br><br>              **Defendants.** | **CASE NO. 1:20-cv-00070-AWI-HBK (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. No. 141) |

Plaintiff Richard Evans is a state prisoner proceeding pro se on a first-amended complaint filed under 42 U.S.C. § 1983.  Doc. No. 34.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On October 1, 2021, the assigned magistrate judge issued findings and recommendations that recommended dismissal of the pleading under 28 U.S.C. § 1915A for failure to state a claim, without leave to amend.  See Doc. No. 141 at 7–18.  The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen days.  Id. at 18.  Plaintiff timely filed objections on October 12, 2021.  Doc. No. 142.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 141) issued on October 1, 2021, are

ADOPTED in full;

2. The first-amended complaint is DISMISSED with prejudice; and

3. The Clerk of Court shall TERMINATE any pending motions, ENTER judgment accordingly, and CLOSE this case.

IT IS SO ORDERED.

Dated:   October 25, 2021                                          ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                                           SENIOR  DISTRICT  JUDGE